**Saddy Lopez Martinez**  **Mtg Seq: 250**
**16-20858-AJC**  **DOF: 8/4/16**

| Item | Detail | Value | Amount |
|---|---|---:|---:|
| Cash | | | $20.00 |
| BOA C#9553 | | | $934.70 |
| BOA S#6682 [1/2 Interest] | | | $2.82 |
| Furniture, includes Books, Pictures, etc. | Based on Size (3/2); Location; Zillow Home Search; and Miami-Dade Property Appraiser's Website | | $2,500.00 |
| Clothes | | | $60.00 |
| Jewelry | | | $140.00 |
| 2012 Kia | **Equitable Interest** | | $5,039.30 |
| | Blackbook Value | $9,850.00 | |
| | Lien | $4,810.70 | |
| Estate's Interest in 2016 Tax Refund (Estimate) | | | $1,069.08 |
| | Based on 2015 Tax Return | $1,812.00 | |
| | Estate's Portion | 59% | |
| Security Deposit(s) | | | $0.00 |
| **Total Personal Property** | | | **$9,765.90** |
| Less Personal Property Exemptions | Fla Const art X 4(a)(2) | | -$1,000.00 |
| Motor Vehicle Exemption | Fla. Stat. Ann. 222.25(1) | | -$1,000.00 |
| Social Security/Unemployment Exemptions | 11 USC 522(d)(10)(A) / 42 U.S.C. Sec. 407 | | $0.00 |
| TBE Exemption | In re Monzon (214 BR 38) // 11 USC Sec 522(b)(3)(B) | | -$2,502.82 |
| Wages Exemption | Fla. Stat. Ann. 222.11(2)(b) | | $0.00 |
| Wild Card Exemption | Fla. Stat. Ann. 222.25(4) | | $0.00 |
| **Total Over-Exempt** | | | **$5,263.08** |

**EXHIBIT "A"**