

**ORDERED in the Southern District of Florida on January 17, 2017.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**SADDY LOPEZ MARTINEZ**                                    Case No.:  16-20858-AJC

                                                                                        **Chapter 7**

    Debtor.
_____/

### ORDER GRANTING TRUSTEE'S MOTION TO COMPEL

**THIS CAUSE** came before the Court on January 17, 2017, upon the *Trustee's Amended Motion to Compel* (the "Motion") [ECF 28].  The Court having reviewed the Motion, having heard the argument of Counsel, having noted the Debtor's failure to appear at the hearing, and for the reasons stated on the record, finds good cause to grant the relief below.  Accordingly, it is

**ORDERED as** follows:

1.      The Motion is **GRANTED**.

2. The Debtor shall have fourteen (14) days from date of entry of this Order to turn over to the Trustee all of her non-exempt assets or the sum of $5,263.08.

3. If the Debtor fails to comply with Paragraph 2 of this Order, the Trustee will file a *Notice of Non-Compliance* of this Order.

4. The Trustee will be allowed to seek recovery for payment of all fees and costs associated with the turnover of the assets, as well as payment for any deficiency after the auction of the sale of the assets.

# # #

**Submitted By:**
Ross R. Hartog, Trustee
9130 So. Dadeland Blvd., Suite 1800
Miami, FL  33156
Telephone:  305-670-5000
Facsimile:  305-670-5011
Email:  trustee@mrthlaw.com

**Copies Furnished to:**
Ross R. Hartog, Trustee
9130 So. Dadeland Blvd., Suite 1800
Miami, FL  33156
Telephone:  305-670-5000
Facsimile:  305-670-5011
Email:  trustee@mrthlaw.com

**Trustee Hartog is directed to serve a conformed copy of this Order and to file a Certificate of Service with the Court.**